# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BL SANTA FE, LLC, et al., ) | Bankruptcy Case No. 21-11190-MFW |
| ) | Bankr. BAP No. 24-55 |
| Debtors. ) | |
| _____ ) | |
| REORGANIZED DEBTOR BL SANTA ) | |
| FE, LLC, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 24-1077-JLH |
| ) | |
| REALTY FINANCIAL RESOURCES, INC., ) | |
| ) | |
| Appellee. ) | |
| _____ ) | |

## **ORDER**

At Wilmington, Delaware, this **10th day of December 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not agree as to whether mediation would be helpful, and in light of the correspondence received by the Court, the Court does not believe that mediation would be helpful at this stage;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue

1

an order withdrawing the matter from mediation. The parties should address any request for entry of a briefing schedule to the assigned District Judge in this matter.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE