**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>BL SANTA FE, LLC, et al.,<br><br>          Debtors.<br><br>_____<br>REORGANIZED DEBTOR BL SANTA FE, LLC,<br><br>          Appellant,<br><br>      v.<br><br>REALTY FINANCIAL RESOURCES, INC.,<br><br>          Appellee.<br>_____ | ) Chapter 11<br>) Bk. No. 21-11190 (MFW)<br>) BK. BAP No. 24-55<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 24-1077-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington this 2nd day of January 2025, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **February 3, 2025.**

2. Appellee's brief in opposition to the appeal is due on or before **March 5, 2025.**

3. Appellant's reply brief is due on or before **March 19, 2025.**

_____
The Honorable Jennifer L. Hall
United States District Judge